IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-678-BO-KS

J.H., by and through his parent and guardian, )
Tessiah Smithen, )
        Plaintiff, )
)
v. )    O R D E R
)
WAKE COUNTY BOARD OF )
EDUCATION, *et al.*, )
        Defendants. )

This cause comes before the Court on three motions to dismiss filed by defendants and plaintiff's motion for leave to amend the complaint. [DE 39]; [DE 44]; [DE 54]; [DE 69]. A hearing on the motions was held before the undersigned on August 14, 2025, at Raleigh, North Carolina.

The Court has considered the arguments of the parties and, in light of the liberal standard for granting leave to amend, *see Laber v. Harvey*, 438 F.3d 404, 426 (4th Cir. 2006), the Court will permit plaintiff the opportunity to file an amended complaint. Plaintiff may include factual allegations raised at the hearing which may not have been included in the proposed amended complaint as filed. The Court determines that granting such relief promotes the strong preference in this circuit that cases be decided on their merits. *Id.*

Accordingly, plaintiff's motion for leave to amend [DE 69] is GRANTED. An amended complaint must be filed within fourteen (14) days of the date of entry of this order. Defendants' motions to dismiss the original complaint [DE 39]; [DE 44]; [DE 54] are therefore DENIED without prejudice.

This action is further REFERRED to United States Magistrate Judge Robert B. Jones, Jr. to conduct a settlement conference following the filing of the amended complaint. All deadlines are hereby STAYED pending the conclusion of the settlement conference. Should the parties not reach a settlement, answers or other responses to the amended complaint shall be filed within twenty-one (21) days of the conclusion of the settlement conference. Plaintiff's motion for reasonable accommodation at the August 14, 2025, hearing [DE 73] is DENIED as MOOT.

SO ORDERED, this 18 day of August 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE